**ORIGINAL**

1  KAREN P. HEWITT
   United States Attorney
2  ANDREW G. SCHOPLER
   Assistant U.S. Attorney
3  California State Bar No. 236585
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
   Email: Andrew.Schopler@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America



8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   Magistrate No. 08MJ0132
                                     )
12           Plaintiff,              )
                                     )   **MOTION TO UNSEAL COMPLAINT**
13       v.                          )   **AND ARREST WARRANTS**
                                     )   **AND ORDER THEREON**
14  LEE VAUGHN WALKER (1),           )
         aka "Lee Dog",              )
15  MELVIN ALEXANDER (2),            )
    JOSE GALVAN RICO (3),            )
16       aka "Mija",                 )
    ELEODORO CASTILLO (4),           )
17       aka "Onko",                 )
    DAPHNE ROSALINDA JACKSON (5),    )
18       aka Daphne R. Rae,          )
    BERNAL ANTHONY MITCHELL (6),     )
19       aka "Tony",                 )
    ALLEN MATTHEW BAKER Jr. (7),     )
20       aka "J.R.", aka Tracy Reyard Diggs, )
         aka Marcus Johnson,         )
21  MICHAEL DWAYNE TRYALS (8),       )
         aka "Texas Mike", aka Michael Tryls,)
22       aka Dave Brooks, aka Leon Howard )
         Blair, aka Earl David Hollis, )
23  BOBBY SHAWN LOCKHART (9),        )
         aka "Blue",                 )
24  ALEXANDER WEIR IV (10),          )
         aka "Brick",                )
25  ALEXANDER WEIR V (11),           )
         aka "Lil' Brick",           )
26  FELIPE MEDINA (12),              )
    MELVIN ANDRE BIBBS (13),         )
27  MARK EDWARD RUNNELS (14),        )
         aka "Marky Mark",           )
28                                   )
             Defendants.             )
    _____)

1   COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,
2   KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney,
3   and moves this Court for an order unsealing the complaint and arrest warrants previously filed in the
4   above-captioned matter on January 16, 2008, for the purpose of producing said documents as discovery
5   to defense counsels in the near future.

DATED: January 16, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

_____
ANDREW G. SCHOPLER
Assistant U.S. Attorney