ORIGINAL



FILED
JAN 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> LEE VAUGHN WALKER (1), <br>     aka "Lee Dog", <br> MELVIN ALEXANDER (2), <br> JOSE GALVAN RICO (3), <br>     aka "Mija", <br> ELEODORO CASTILLO (4), <br>     aka "Onko", <br> DAPHNE ROSALINDA JACKSON (5), <br>     aka Daphne R. Rae, <br> BERNAL ANTHONY MITCHELL (6), <br>     aka "Tony", <br> ALLEN MATTHEW BAKER Jr. (7), <br>     aka "J.R.", aka Tracy Reyard Diggs, <br>     aka Marcus Johnson, <br> MICHAEL DWAYNE TRYALS (8), <br>     aka "Texas Mike", aka Michael Tryls, <br>     aka Dave Brooks, aka Leon Howard <br>     Blair, aka Earl David Hollis, <br> BOBBY SHAWN LOCKHART (9), <br>     aka "Blue", <br> ALEXANDER WEIR IV (10), <br>     aka "Brick", <br> ALEXANDER WEIR V (11), <br>     aka "Lil' Brick", <br> FELIPE MEDINA (12), <br> MELVIN ANDRE BIBBS (13), <br> MARK EDWARD RUNNELS (14), <br>     aka "Marky Mark", <br>     Defendants. | Magistrate No. 08MJ0132 <br><br> **ORDER UNSEALING COMPLAINT AND ARREST WARRANTS** |

    Upon application of the UNITED STATES OF AMERICA, based on the attached motion, and good cause appearing,

//

3

1     IT IS HEREBY ORDERED that the complaint and accompanying arrest warrants, previously
2 filed in the above-captioned matter on January 16, 2008, be unsealed.
3     IT IS SO ORDERED.
4     DATED: 1-16-08

HONORABLE NITA L. STORMES
United States Magistrate Judge